FILED
CLERK, U.S. DISTRICT COURT
10/11/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>CARL HOLBROOK,<br><br>           Defendant. | CR  2:23-cr-00503-SPG<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about September 3, 2023, in Los Angeles County, within the Central District of California, defendant CARL HOLBROOK knowingly possessed a firearm, namely, a Taurus model PT740, .40 caliber pistol, bearing serial number SEM37292, and ammunition, namely, five rounds of Precision Made Cartridges .40 caliber ammunition, each in and affecting interstate and foreign commerce.

Defendant HOLBROOK possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the following felony crimes punishable by a term of imprisonment exceeding one year:

(1)  Second Degree Robbery, in violation of California Penal

Code Section 211, in the Superior Court of the State of California, County of Los Angeles, Case Number KA045003, on or about August 16, 1999;

(2)  Carrying a Dirk and Dagger, in violation of California Penal Code Section 12020(a)(4), in the Superior Court of the State of California, County of Los Angeles, Case Number KA072228, on or about December 14, 2005;

(3)  Possession of a Controlled Substance, in violation of California Health and Safety Code Section 11350(a), in the Superior Court of the State of California, County of Los Angeles, Case Number KA072228, on or about December 14, 2005;

(4)  Evading a Police Officer, in violation of California Vehicle Code Section 2800.2(a), in the Superior Court of the State of California, County of Los Angeles, Case Number KA086644, on or about July 17, 2009; and

(5)  Violent Felon in Possession of a Firearm, in violation of California Penal Code Section 29900(a)(1), in the Superior Court of the State of California, County of Los Angeles, Case Number TA157104, on or about April 6, 2022.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

   (a) All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

   (b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//
//
//

1  substantially diminished in value; or (e) has been commingled with
2  other property that cannot be divided without difficulty.
3
4                                          A TRUE BILL
5
6                                              /S/
                                          _____
7                                          Foreperson

8  E. MARTIN ESTRADA
   United States Attorney
9
   MACK E. JENKINS
10 Assistant United States Attorney
   Chief, Criminal Division
11
12
13 SCOTT M. GARRINGER
   Assistant United States Attorney
14 Deputy Chief, Criminal Division

15 IAN V. YANNIELLO
   Assistant United States Attorney
16 Deputy Chief, General Crimes Section

17 DECLAN T. CONROY
   Assistant United States Attorney
18 General Crimes Section

19
20
21
22
23
24
25
26
27
28