**DECLARATION OF PATRICK LANE**

I, Detective Patrick Lane, declare as follows:

1. I am a detective with the Los Angeles Police Department (LAPD). I make this declaration in regard to the government's opposition to defendant's motion to dismiss the indictment in <u>United States v. Holbrook</u>. I am above the age of eighteen years old. I have full knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called to testify and sworn as a witness.

2. I have been a detective with the LAPD for 16 years. For the last 7 years, one of my secondary responsibilities has been to serve as the gun coordinator for the 77th Division's gang enforcement detail. As the gun coordinator, I am responsible for approving requests to dispose of evidence for cases or incidents involving firearms or gang-related arrests. I handle roughly 1,000 such requests per year -- roughly one request every three days.

3. I regularly work with LAPD property officers who are responsible for securing evidence in 77th Street Division Property Room and Evidence and Property Management Division (Downtown Los Angeles) and disposing of it when appropriate. When a case or incident involves a firearm, I regularly work with LAPD property officers, and I am responsible for approving their requests regarding the disposition of any evidence or property related to that case or incident.

4. Based on my role and experience, I also am aware that LAPD property officers research the status of each case charged by district attorneys representing the State of California in state-level prosecutions. When a case involving the 77th Division is

resolved at the state level, an LAPD property officer generally sends me a disposition sheet reflecting the status of the state prosecution and requesting to dispose of the evidence.

5. When I receive a disposition sheet, I review the information on that sheet, and I review the information in the APIMS (Automated Property Information Management System) database, which is a system used for tracking and auditing of evidence booked into LAPD custody. In certain instances, I also am personally familiar with a case or incident, because I also work as a detective within the 77th Division's gang unit and know about some, but not all, of the cases occurring in the division.

6. The disposition sheet that I received in this case is attached as **Exhibit 1**. The disposition sheet is dated April 8, 2024. The sheet indicates that the state case against Mr. Holbrook was dismissed. Based on that, I understood that the state prosecution of Mr. Holbrook had been fully adjudicated and under LAPD policies for the preservation of evidence, I understood I was permitted to dispose of the evidence related to that case.

7. The sheet also lists six items of evidence that were seized in this case. Next to items #2-4 (which refer to the firearm, magazine, and ammunition), there is a note "ATF," which I understood to refer to the Bureau of Alcohol, Tobacco, Firearms, and Explosives. Based on that note, I assumed that ATF seized items #2-4. Though I assumed that notation could mean there was a Federal case or investigation, I was not aware that there was, in fact, a pending Federal case or that this instant case against Mr. Holbrook had been filed or remained pending. To the best of my recollection, I did not speak to anyone involved in the case -- the arresting officers, the

1  federal case agent, or the federal prosecutors -- in making that
2  assumption.
3       8.   Based on my understanding that the state case had been
4  dismissed, I approved the disposition of the evidence stored with
5  LAPD on April 16, 2024, and it was entered into the system on April
6  24, 2024.  Those items included the backpack, marijuana, and a glass
7  jar.  Per the APIMS system, the items were destroyed on May 29, 2024.
8       9.   Until being contacted for purposes of this declaration, I
9  was unaware of the status of any federal investigation or prosecution
10 of defendant.  I did not and do not know the defendant.  I had no
11 understanding that the defendant had filed any motion to suppress,
12 much less made any arguments about the relevance of any backpack.  I
13 have no knowledge one way or the other about the relevance or
14 importance of any item of evidence seized in this case.  Nor did I
15 have any reason to intend to or want to deliberately dispose of
16 evidence or otherwise act in bad faith toward this defendant or the
17 government's prosecution of this defendant.
18      10.  I have had no contact with the federal prosecutors until
19 July 26, 2024, and only then in connection with the present motion to
20 dismiss and this declaration.  While I know Sergeant Quesada through
21 other professional contexts, I had no knowledge of her involvement
22 with this case at the time I approved the disposition request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on July 27, 2024.

_____
PATRICK LANE

# EXHIBIT 1

**3**

```
ID:APTWA                                                        PAGE 1
         G E N E R I C   I T E M   D E T A I L   S U M M A R Y
                                                                04/08/2024
DRNBR ===> 23121878            CHARGE ==> 29800(A)1PC
INTERNAL CASE NBR ===> G6              COURT CASE NBR ===> BA51762001
ORIGINAL CUSTODY DATE ===> 09/03/2023   RD ===> 1235    SEARCH WARRANT ===>
```

|  |  | QTY | ARTICLE |  |  | DISP |
|---|---|---|---|---|---|---|
| ITEM NBR | QUANTITY | TYPE | TYPE | BRAND | ADDITIONAL INFORMATION H/V | INST |
| 1 - 0 | 9.98 | G | MARIJU |  |  | AD |
| 2 - 0 | 1 | EA | PISTOL | TAURUS | SEM37292 40/CAL | ATF |
| 3 - 0 | 1 | EA | GUNMAG | TAURUS |  | ATF |
| 4 - 0 | 5 | EA | AMMUNI | UNKNOW | 40/CAL | ATF |
| 5 - 0 | 1 | EA | JAR |  |  | AD |
| 6 - 0 | 1 | EA | BACKPA |  |  | AD |

AD9421863

| INVOLVED PARTY | JUV | ROLE | DOB | CRTCASID | BKNBR/ARSTRFC | PERCITID |  |
|---|---|---|---|---|---|---|---|
| ATF AGENT, RAMIREZ 401 |  | X |  |  |  |  |  |
| EVIDENCE, SST |  | V |  |  |  |  |  |
| HOLBROOK, CARL | N * | A | 09/11/1980 | BA517620 | 6671309 |  | DISMISSED |
| NIBIN 9/2024 |  | X |  |  |  |  |  |
| QUESADA DEANNA, ATF AG |  | X |  |  |  |  |  |

| RELATED EMPLOYEE | ROLE | ID NBR | AGENCY | DIV | SEC/U |
|---|---|---|---|---|---|
| ANTONIO | RO | 33892 | LAPD | SID |  |
| BEAL | RO | 42792 | LAPD | 77TH | PAT |
| COURIER | TO | SID | LAPD | SID |  |
| COURIER | TO | COURIER | LAPD | SID |  |
| CUMMINGS | SH | N5809 | LAPD | SID |  |
| FONSECA | DC | G8065 | LAPD | 77TH | DET |
| GOMEZ | RO | 42758 | LAPD | SW | PAT |
| KEISTER | PD | E8753 | LAPD | PD |  |

USAO_000368

```
ID:APTWA                                                        PAGE 2
            G E N E R I C   I T E M   D E T A I L   S U M M A R Y
                                                                04/08/2024
DRNBR ===> 231218783          CHARGE ==> 29800(A)1PC
INTERNAL CASE NBR ===> G6                COURT CASE NBR ===> BA51762001
ORIGINAL CUSTODY DATE ===> 09/03/2023    RD ===> 1235    SEARCH WARRANT ===>
```

| RELATED EMPLOYEE | ROLE | ID NBR | AGENCY | DIV | SEC/U |
|---|---|---|---|---|---|
| LARA MARTINEZ | PO | N6344 | LAPD | PD | |
| MC VICAR | RO | 39770 | LAPD | 77TH | PAT |
| PAREDES | IO | 33349 | LAPD | 77TH | DET |
| QUEZADA | RO | 39172 | LAPD | SB | |

| NAME | SIGNATURE | SERIAL NO. | DATE |
|---|---|---|---|
| | | | |
| *LANE* | *[signature]* | 39051 | 4/16/24 |
| SUPERVISOR'S NAME | SIGNATURE | SERIAL NO. | DATE |

USAO_000369

# PIMS Inquiry System

## Defendant Summary

Home    Defendant    Case    Logout

### Case Information

| | | Total Defs: 1 |
|---|---|---|
| Crt Case No: BA517620 | DA Case No: 43094507 | Filing Date: 9/6/2023 |
| Dist Filed: CENTRAL | Curr Case Loc: T11 | Orig Case Loc: T11 |

### Defendant Information

| | Status: DISMISSED | Reason: |
|---|---|---|
| ID/Name: 01 HOLBROOK, CARL | Case Category: | DOB: 9/11/1980 |
| Alias: | Sex: M | Race: B |

### ID Information

| | | |
|---|---|---|
| CII No: 011280291 | FBI No: | Main No: 20313788 |
| SSN: | CDC No: | |

### Arrest Information

| | AJIS Bkng No: 6671309 | |
|---|---|---|
| Bkng Date: | Arrest Loc: | Arrest Agcy: LAPD - 77TH |
| Arrest Date: 9/3/2023 | DR Agency: | |
| DR No: 231218783 | | |

USAO_000370