# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | |
|---|---|
| PLAINTIFF, | **CASE NUMBER** 2:23-cr-00503-SPG-1 |
| v. | |
| Carl Holbrook | **JUDGMENT OF DISCHARGE** **(Fed. R. Crim. P. 32(k)(1))** |
| DEFENDANT. | |

The defendant named above is now entitled to be discharged on ALL pending counts of the Indictment/Information for the reason(s) stated below:

☐ the Court has granted the motion of the government for dismissal;

☐ the Court has granted the motion of the defendant for a judgment of acquittal;

☐ a jury has been waived, and the Court has found the defendant not guilty;

☒ the jury has returned its verdict, finding the defendant not guilty;

☐ an order of dismissal has been entered by the court;

☐ other (*specify below*):

IT IS THEREFORE ADJUDGED that the defendant named above is hereby discharged pursuant to Federal Rule of Criminal Procedure 32(k)(1).

☐ IT IS ORDERED that the bond of the defendant is hereby exonerated.

August 22, 2024

Date

United States District Judge Sherilyn Peace Garnett

**NOTICE TO U.S. MARSHAL - This Judgment of Discharge is not a substitute for the Release Form.**